```
     P1VBNEWC
1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x
3    UNITED STATES OF AMERICA,
4             v.                           24 Cr. 567 (JSR)
5    KENNETH NEWCOMBE,
6
7                Defendant.
8                                          Conference
     ------------------------------x
9
                                           New York, N.Y.
10                                         January 31, 2025
                                           2:30 p.m.
11
12   Before:
13
                      HON. JED S. RAKOFF,
14
                                           District Judge
15
                            APPEARANCES
16
     DANIELLE R. SASSOON
17        United States Attorney for the
          Southern District of New York
18   BY:  THOMAS S. BURNETT
          Assistant United States Attorney
19
     SABRINA P. SHROFF
20   SANJAY BHANDARI
21        Attorneys for Defendant
22
23
24
25
```

P1VBNEWC

1           THE COURT:  This is Judge Rakoff. Will counsel please
2   identify themselves.
3           MR. BARNETT:  Good afternoon.  This is Tom Barnett for
4   the government.
5           MS. SHROFF:  Good afternoon, your Honor.  On behalf of
6   Mr. Newcombe, this is Sabrina Shroff, and I'm joined by my
7   co-counsel Sanjay Bhandari.
8           THE COURT:  Good afternoon.  Okay.  So before we turn
9   to Mr. Newcombe, let me ask the government where do things
10  stand with respect to the co-defendant Mr. Goswami?
11          MR. BARNETT:  Yes, your Honor.  Mr. Goswami has not
12  yet been apprehended.  We've been in touch with the relevant
13  officials in India to kind of work through the process with
14  them and have begun the extradition paperwork on our end but
15  have not yet submitted it.
16          THE COURT:  Why not?
17          MR. BARNETT:  It's not complete yet, your Honor.
18          THE COURT:  Why not?
19          MR. BARNETT:  Your Honor, I think we were -- sorry, I
20  apologize.
21          THE COURT:  I was going to say, there's going to be
22  plenty of delays at the Indian end.  I know that from prior
23  cases, so to not get at least the American end moving is
24  disappointing.
25          MR. BARNETT:  Understood, your Honor.  We'll get the

P1VBNEWC

1  process moving faster.
2          THE COURT:  All right.  So now turning to discovery.
3  Has all discovery been turned over to counsel for Mr. New come.
4          MR. BARNETT:  Yes, your Honor.
5          THE COURT:  Okay.  All right.  So then I think the key
6  question and the one that we need to hear from the doctor on is
7  Mr. New come's health.  Let me ask counsel for Mr. Newcombe, do
8  you want this portion of the transcript to be under seal?
9          MS. SHROFF:  This is Sabrina Shroff speaking.  Yes,
10 your Honor, please.  We would ask that the Court seal any
11 discussion of Mr. Newcombe's health.
12         THE COURT:  Okay.  So the next portion of the hearing
13 will be under seal with copies available only to counsel for
14 the government, counsel for Mr. Newcombe, and the Court, except
15 upon further order of the Court.
16         (Pages 4-16 SEALED)

1           THE COURT:  Having heard from Dr. Miller and having
2    given counsel for both sides an opportunity to question him, I
3    think the Court concludes that Mr. Newcombe's health is such
4    that we cannot go forward with a speedy trial.  And that the
5    minimum necessary is to postpone the next conference until six
6    months from now, at which time I'll ask Dr. Miller to be
7    prepared to have consulted and made a reevaluation of where
8    things stand.  And we'll also consider whether to set a time at
9    that time for trial or for motion practice or both.
10           So for those reasons, the Court finds that the best
11   interest of justice and the defendant outweighs the interest of
12   the public in a speedy trial.  Linda, what's six months from
13   now?
14           THE DEPUTY CLERK:  June only has 30 days to July 1st.
15           THE COURT:  Okay.  What day of the week is that?
16           THE DEPUTY CLERK:  That's a Tuesday on the July 4th
17   weekend.
18           THE COURT:  I said it will be before the July 4th
19   weekend. So July 1st, and I think that can be a sealed
20   telephone conference, but we'll consider that more precisely as
21   we get closer to that time.  And let's say 11am on July 1st.
22           THE DEPUTY CLERK:  Very good.
23           THE COURT:  Anything else we need to take up today?
24           MS. SHROFF:  Not from the defense, your Honor.  Thank
25   you.

1             MR. BARNETT:  Nor from the government.
2             THE COURT:  Thank you.  That concludes this
3     proceeding.
4             (Adjourned)